UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>     Plaintiff, )<br>  )<br>         v. )<br>  )<br> HAROLD F. JUNG, )<br>  )<br>     Defendant. ) | Case No. 3:23-CV-00220-wmc |

### STIPULATION FOR ENTRY OF JUDGMENT IN FAVOR OF UNITED STATES AND AGAINST HAROLD F. JUNG

Plaintiff the United States of America and Defendant Harold F. Jung, (collectively "the Parties") stipulate and agree that:

1. Judgment shall be entered on in favor of the United States and against Harold F. Jung in the amount of $288,622.69 for his outstanding federal income tax liabilities for tax years 2008, 2009, 2010, 2011, 2012, and 2013, plus any statutory interest that has and will continue to accrue since April 3, 2023.

2. The Parties shall bear their own costs and expenses in this action, including attorneys' fees.

_[signature]_
Krekeler Law, S.C.
26 Schroeder Ct., Ste 300
Madison, Wisconsin 53711
(608) 258-8555
Fax (608) 258-8299
ksederho@ks-lawfirm.com
jpdriscoll@ks-lawfirm.com

*Attorneys for Harold Jung*

TIMOTHY O'SHEA
United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/Nathan D. Baney*
NATHAN D. BANEY
Va. Bar No. 75935
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238

Washington, D.C.  20044
202 307-6560 (o)
202-514-6770 (f)
Nathan.Baney@usdoj.gov

*Attorney for the United States*